FILED

07 NOV 14 PM 3:52

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, </br> </br>        Plaintiff, </br> </br>    v. </br> </br> JOSE ARTURO ACEVEDO-SANCHEZ (1), </br> MILTON ALBERTO </br>        ARELLANO AYALA, (2), </br> LUIS NORBERTO AMEZCUA </br>        CAMACHO (3), </br> </br>        Defendants. | Criminal Case No. 07CR1601-JM </br> </br> I N D I C T M E N T </br>   **(Superseding)** </br> </br> Title 18, U.S.C., Sec. 371 - </br> Conspiracy; Title 8, U.S.C., </br> Sec. 1324(a)(2)(B)(ii) - </br> Bringing in Illegal Aliens for </br> Financial Gain; Title 8, U.S.C., </br> Sec. 1324(a)(2)(B)(iii) - Bringing </br> in Illegal Aliens Without </br> Presentation; Title 18, U.S.C., </br> Sec. 2 - Aiding and Abetting |

The grand jury charges:

Count 1

Beginning at a date unknown to the grand jury and continuing up to and including June 5, 2007, within the Southern District of California, and elsewhere, defendants JOSE ARTURO ACEVEDO-SANCHEZ, MILTON ALBERTO ARELLANO AYALA, and LUIS NORBERTO AMEZCUA CAMACHO, with the intent to violate the immigration laws of the United States, did knowingly and intentionally conspire together and with each other and with other persons unknown to the grand jury, to bring illegal aliens into the United States for the purpose of commercial advantage and

//

WAH:nlv(2):San Diego
11/13/07

private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 371.

## OVERT ACTS

In furtherance of said conspiracy and to effect and accomplish the objects thereof, the following overt acts, amongst others, were committed within the Southern District of California, and elsewhere:

1. On or about June 5, 2007, defendant JOSE ARTURO ACEVEDO-SANCHEZ drove a 1992 GMC truck, California license plate 8D89276, in which defendants MILTON ALBERTO ARELLANO AYALA and LUIS NORBERTO AMEZCUA CAMACHO were passengers, from the Republic of Mexico into the United States, which contained a concealed native and citizen of China without permission to enter or remain the United States, to wit, Jin Shan Li.

2. On or about June 5, 2007, defendants JOSE ARTURO ACEVEDO-SANCHEZ, MILTON ALBERTO ARELLANO AYALA, and LUIS NORBERTO AMEZCUA CAMACHO failed to present Jin Shan Li immediately to an appropriate immigration officer at the San Ysidro, California, port of entry, as said alien was concealed within a non-factory compartment within said 1992 GMC truck.

## Count 2

On or about June 5, 2007, within the Southern District of California, defendants JOSE ARTURO ACEVEDO-SANCHEZ, MILTON ALBERTO ARELLANO AYALA, and LUIS NORBERTO AMEZCUA CAMACHO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Jin Shan Li, had

not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

<u>Count 3</u>

On or about June 5, 2007, within the Southern District of California, defendants JOSE ARTURO ACEVEDO-SANCHEZ, MILTON ALBERTO ARELLANO AYALA, and LUIS NORBERTO AMEZCUA CAMACHO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Jin Shan Li, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii), and Title 18, United States Code, Section 2.

DATED: November 14, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
WILLIAM A. HALL, JR.
Assistant U.S. Attorney

3