AO 442

# United States District Court

1414325

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

07 DEC -5 AM 8: 47

v.

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Luis Norberto Amezcua Camacho(3)

**WARRANT FOR ARREST**

BY: _____ DEPUTY

To:    The United States Marshal
and any Authorized United States Officer

**CASE NUMBER:**    07cr1601-JM

YOU ARE HEREBY COMMANDED to arrest                 Luis Norberto Amezcua Camacho(3)

_____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

Superseding

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition

[ ] Pretrial Violation

charging him or her with (brief description of offense)

Title 18, U.S.C., Sec. 371 - Conspiracy; Title 8, U.S.C., Sec. 1324(a)(2)(B)(ii) - Bringing in Illegal Aliens for Financial Gain; Title 8, U.S.C., Sec 1324(a)(2)(B) (iii) - Bringing in Illegal Aliens Without Presentation; Title 18, U.S.C., Sec. 2 - Aiding and Abetting

In violation of Title               See Above               United States Code, Section(s) _____

RECEIVED 2007 NOV 15 A 4: 11 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

W. Samuel Hamrick, Jr.
_____
Name of Issuing Officer

Clerk of the Court
_____
Title of Issuing Officer

_____
Signature of Deputy

11/15/07, San Diego, CA
_____
Date and Location

Bail fixed at $            No Bail

DATE ARRESTED BY STEVEN C. STAFFORD ACTING U.S. MARSHAL S/CA BY

The Honorable Nita L. Stormes
_____
Name of Judicial Officer

| RETURN |
|--------|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---------------|-------------------------------------|--------------------------------|
| DATE OF ARREST | | |

CLASS II J                 — CBP —                 0303

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA**

**V.**

Luis Norberto Amezcua Camacho(3)

**WARRANT FOR ARREST**

**CASE NUMBER:**   07cr1601-JM

To:   The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest          Luis Norberto Amezcua Camacho(3)

_____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

Superseding
[X] Indictment   [ ] Information   [ ] Complaint   [ ] Order of Court   [ ] Violation Notice   [ ] Probation Violation Petition

[ ] Pretrial Violation

charging him or her with (brief description of offense)

Title 18, U.S.C., Sec. 371 - Conspiracy; Title 8, U.S.C., Sec. 1324(a)(2)(B)(ii) - Bringing in Illegal Aliens for Financial Gain; Title 8, U.S.C., Sec 1324(a)(2)(B) (iii) - Bringing in Illegal Aliens Without Presentation; Title 18, U.S.C., Sec. 2 - Aiding and Abetting

In violation of Title    See Above    United States Code, Section(s)

| | |
|---|---|
| W. Samuel Hamrick, Jr. | Clerk of the Court |
| Name of Issuing Officer | Title of Issuing Officer |
| S/ T. Lee | 11/15/07, San Diego, CA |
| Signature of Deputy | Date and Location |

Bail fixed at $    No Bail    by    The Honorable Nita L. Stormes

Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ San Ysidro POE | | |
| DATE RECEIVED 11-16-07 | NAME AND TITLE OF ARRESTING OFFICER EDWARD CHAVOYA CBPEO | SIGNATURE OF ARRESTING OFFICER Ed Chavoya |
| DATE OF ARREST 11-21-2007 | | |